

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-21-00019-CV

IN RE SILVER HAYS, RELATOR

ORIGINAL PROCEEDING FOR WRIT OF MANDAMUS

April 1, 2021

## ORDER OF DISMISSAL

Before QUINN, C.J., and PARKER and DOSS, JJ.

Pending before the court is a petition for writ of mandamus. It involves whether the Honorable Delwin McGee, County Court at Law for Moore County, Texas (trial court) abused his discretion in disqualifying counsel for Silver Hays, said counsel being Briar L. Wilcox. Hays contended it did, and Wilcox petitioned for mandamus relief on her behalf to confirm that belief. Since the original petition was filed, the trial judge who signed the disqualification order recused himself. Thereafter, the Honorable John B. Board was assigned to preside over the cause. That resulted in our abating the cause to afford the newly assigned judge opportunity to reconsider the order of disqualification, an opportunity of which our Supreme Court approved in *In re Blevins*, 480 S.W.3d 542 (Tex.

2013) (orig. proceeding) (per curiam). Reconsideration occurred, and the request to disqualify was denied and the prior order granting same was vacated. Disqualification being denied, the original order underlying this mandamus proceeding and the argument surrounding its propriety are moot. Consequently, we dismiss the petition for writ of mandamus as moot.

Per Curiam